| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BONNIE BURNETTE ERWIN,        §
                              §
    Plaintiff,             §
                              §
versus                        §    CIVIL ACTION NO. 1:19-CV-375
                              §
UNITED STATES OF AMERICA,     §
                              §
    Defendant.             §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Bonnie Burnette Erwin, a prisoner proceeding *in forma pauperis*, filed this civil rights action pursuant to the Federal Tort Claims Act (FTCA) against the United States of America.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On June 24, 2024, the magistrate judge recommended dismissing the action pursuant to Federal Rule of Civil Procedure 4 unless Plaintiff served the defendant or showed good cause for failing to effect service within fourteen days.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's report and recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. More than one year has passed since the magistrate judge

recommended dismissal, but Plaintiff has not served the defendant or shown good cause for failing to effect service. For the reasons stated in the magistrate judge's report and recommendation, this action should be dismissed.

## ORDER

Accordingly, Plaintiff's objections (#51) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#49) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 9th day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE